UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/20

United States,

–v–

Andres Benejan,

           Defendant.

20-cr-259 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court vacates the warrant signed on September 10, 2020. The Court schedules a video conference in this matter on November 10, 2020 at 11:00 A.M. The Court will provide instructions on how to access the video conference at a later date. The parties are instructed to provide a status update to the Court on or before November 6, 2020, indicating what they anticipate will occur at the conference.

    SO ORDERED.

Dated: October 19, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge