UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2020

United States of America,

–v–

Andres Benejan,

Defendant.

20-cr-00259

(AJN) ORDER

ALISON J. NATHAN, District Judge:

    A conference in this matter is scheduled for November 10, 2020 at 11:00 A.M. The proceeding will be conducted by videoconference. The Court will separately provide the parties with instructions for accessing the Skype for Business platform. Members of the public may access audio for the proceeding by calling (917) 933-2166 and entering Conference ID number 400930547.

    SO ORDERED.

Dated: October 26, 2020
       New York, New York

_____
         ALISON J. NATHAN
         United States District Judge