UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
    UNITED STATES OF AMERICA          :

                  -v-                            :        20-CR-259 (AJN)

    ANDRES BENEJAN,                     :        ORDER

              Defendant.                :

---------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

       There is a proceeding in this matter scheduled for **June 10, 2021**, at **11:00 a.m.** Unless and until the Court orders otherwise, the proceeding will be held in person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York. If either counsel believe that the proceeding should be held remotely (or that the Defendant should be permitted to appear remotely), counsel should confer with the other side and, no later than **May 17, 2021,** submit a letter request to that effect.

SO ORDERED. Dated:

    April 29, 2021
    New York, New York                                  ALISON J. NATHAN
                                                    United States District Judge