USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/8/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States,<br><br>—v—<br><br>Benejan,<br><br>Defendant. | 20-cr-259 (AJN)<br><br>ORDER |

ALISON J. NATHAN, District Judge:

Pursuant to the Court's May 3, 2021 Order, the conference scheduled for June 10, 2021 at 11:00 A.M. will proceed in person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York.

SO ORDERED.

Dated: June 8, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

1